THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL ELMORE, Appellant.

Argued October 27, 1938; decided December 6, 1938.

*William C. Casey* and *Peter F. Gulotta* for appellant.

*Frank H. Innes, District Attorney (Thomas K. Hall* of counsel), for respondent.

Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ. LEHMAN, LOUGHRAN and RIPPEY, JJ., dissent on

the ground that the question of fact presented is too close to permit us to overlook the errors committed at the trial; and RIPPEY, J., dissents on the additional ground that the evidence of guilt was insufficient to warrant a conviction, and the indictment should be dismissed.